# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br>v.<br><br>JEANETTE M. PERKINS,<br><br>                                 Defendant. | Case No. 09-CR-310-JPS-5<br><br>**ORDER** |

On December 1, 2016, Defendant filed *pro se* a motion to reduce her sentence. (Docket #401). She requests a sentence reduction on the grounds that she has learned from her mistakes and participated in extensive drug rehabilitation programs while in prison. *Id.* The Court requested that the Probation Office file a memorandum regarding the motion. In its December 6, 2016 memorandum, the Probation Office reported that because Defendant was sentenced to the statutory mandatory minimum sentence for her offense of conviction, there is no basis on which the Court can reduce her sentence. (Docket #402). The Court agrees with this analysis—because Defendant already received the minimum sentence mandated by Congress, the Court is without jurisdiction to consider lowering her sentence any further. Her motion must, therefore, be denied.

Accordingly,

**IT IS ORDERED** that Defendant Jeanette M. Perkins' motion for sentence reduction (Docket #401) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge